UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

                    Plaintiff,

          -v-

BELLEVUE HOSPITAL, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _1/29/2026_

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order of reference dated January 27, 2026, ECF No. 14, this matter was referred to the undersigned to address general pre-trial matters and the letter at ECF No. 13 (the "Letter"). The undersigned will hold a conference on **February 13, 2026 at 11:00 a.m.** by telephone to address the Letter. Counsel and the *pro se* Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 875 382 600#).

The Clerk of Court is respectfully directed to mail a copy of this order to the *pro se* Plaintiff.

**SO ORDERED.**

Dated: January 29, 2026
         New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge