USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/4/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

                Plaintiff,

      -v-

BELLEVUE HOSPITAL, *et al.*,

          Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the City's February 3, 2026 Letter Motion requesting an adjournment of the February 13, 2026 conference, with Plaintiff's consent.  ECF No. 16.  The City's request is **GRANTED**.

The conference scheduled on February 13, 2026 is rescheduled to **February 25, 2026 at 2:00 p.m.** by telephone.  Counsel and the *pro se* Plaintiff should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 875 382 600#).

**SO ORDERED.**

Dated: February 4, 2026
     New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1