USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __2/24/26__

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------------- x

EMMANUEL OBIAGWU                                  :

                **Plaintiff,**                            :

                            :

   **-against-**                                       :          **25-CV-09470 (ALC)**

                            :

BELLEVUE HOSPITAL ET AL.,                   :          **ORDER**

                            :

              **Defendants.**                       :

                            :

                            :

-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On February 17, 2026, Defendants filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6). *See* ECF No. 19. Per this Court's Individual Practices, Plaintiff has three business days to respond, indicating his position to Defendants' request. Plaintiff should file a letter, indicating his position by **February 27, 2026.**

**SO ORDERED.**

**Dated:  February 24, 2026**
     **New York, New York**                                    _____
                                       **ANDREW L. CARTER, JR.**
                                       **United States District Judge**