UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

                          Plaintiff,

          -v-

BELLEVUE HOSPITAL, *et al.*,

                          Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _2/25/2026_

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court held a conference on February 25, 2026 to address Corporation Counsel of the City of New York's request to be relieved of certain *Valentin* obligations imposed by the Court's November 24, 2025 *Valentin* Order, ECF No. 6 ("November 24 Order"). For the reasons discussed during the conference, this request is denied without prejudice to renewal once counsel for Defendant Health and Hospitals Corporation ("H+H") appears in this action.

The City is directed to convey a copy of the Complaint, November 24 Order, and this Order to its contact at H+H. The Court requests that H+H waive service and appear in this action.

**SO ORDERED.**

Dated: February 25, 2026
       New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1