USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 2/26/26_____

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------- x

EMMANUEL OBIAGWU                                 :
                              Plaintiff,         :
                                                 :
       -against-                                 :        25-CV-09470 (ALC)
                                                 :
BELLEVUE HOSPITAL ET AL.,                        :        **ORDER**
                                                 :
                              Defendants.        :
                                                 :
                                                 :
-------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

On February 17, 2026, Defendants filed a letter requesting a pre-motion conference regarding an anticipated motion to dismiss for failure to state a claim pursuant to Rule 12(b)(6). *See* ECF No. 19. On February 24, 2026, this Court ordered Plaintiff to respond and indicate his position. *See* ECF No. 20. On February 26, 2026, Plaintiff filed a letter indicting his position. *See* ECF No. 24. In response to Defendants' request to file a motion to dismiss for failure to state a claim, Plaintiff requests leave to file an amended complaint to cure any potential deficiencies. Federal Rule of Civil Procedure 15(a)(2) provides that a court should freely give leave to amend "when justice so requires." Fed. R. Civ. P. 15(a)(2); s*ee also McCarthy v. Dun & Bradstreet Corp.*, 482 F.3d 184, 200 (2d Cir. 2007). As such, the Court hereby **DENIES** Defendants' request for a pre-motion conference and **GRANTS** Plaintiff leave to file an amended complaint by **March 26, 2026**.

**SO ORDERED.**

Dated:     **February 26, 2026**
           **New York, New York**

_____
               **ANDREW L. CARTER, JR.**
               **United States District Judge**