UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

                    Plaintiff,

        -v-

BELLEVUE HOSPITAL, *et al.*,

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/27/26

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of New York City Health and Hospitals Corporation's ("H+H") motion for 1) an extension of time to submit a status update on efforts to identify Jane Doe Nurses #3 and #4, and John Doe Staff Members #5 and #6, and 2) an extension of time to answer ("Defendant's Motion").  ECF No. 39.  Defendant's Motion is **GRANTED**.  Defendant H+H shall file a status update concerning efforts to identify Jane Doe Nurses #3 and #4, and John Doe Staff Members #5 and #6 by **May 7, 2026**.  Defendant H+H shall answer or otherwise respond to the complaint within **one week** of the Plaintiff filing the Second Amended Complaint.

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 39 as **GRANTED**.

**SO ORDERED.**

Dated: April 27, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge