UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

                    Plaintiff,                          **ORDER**

        -v-                                             25-CV-9470 (ALC) (HJR)

BELLEVUE HOSPITAL, *et al.,*

                    Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/7/2026

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant New York City Health and Hospitals Corporation's ("H+H") status letter requesting additional time to identify Jane Doe Nurses #3 and #4 and John Doe Staff Members #5 and #6.  ECF No. 46.  The request is **GRANTED**.  H+H shall file a status update on its efforts to identify the Doe Defendants by **June 5, 2026.**

**SO ORDERED.**

Dated: May 7, 2026
        New York, New York

_____
Henry J. Ricardo
United States Magistrate Judge

1