UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  5/7/2026

EMMANUEL OBIAGWU,

                Plaintiff,

      -v-

BELLEVUE HOSPITAL, *et al.*,

          Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on May 7, 2026 to discuss Defendant NYU Langone's anticipated motion to dismiss.  ECF No. 40.  As discussed at the conference, NYU Langone no longer seeks to move to dismiss the Amended Complaint, ECF No. 31, since the Court directed Plaintiff to file a Second Amended Complaint which will replace the previous complaint. ECF No. 33 at 2.  NYU Langone's request to delay their motion is **GRANTED**.  NYU Langone shall file an answer or otherwise respond to the complaint within **one week** of Plaintiff filing the Second Amended Complaint.

**SO ORDERED.**

Dated: May 7, 2026
     New York, New York

Henry J. Ricardo
United States Magistrate Judge