UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __5/27/2026__

EMMANUEL OBIAGWU,

                Plaintiff,

       -v-

BELLEVUE HOSPITAL, *et al.*,

             Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion requesting to stay the deadline to file an amended complaint. ECF No. 53. The deadline for Plaintiff to file an amended complaint is within thirty days of receiving the identity and address of Jane Doe 1 from the Metropolitan Transit Authority. ECF No. 33. Given that no such information has been received, the timeframe for filing the complaint has not yet started to run. Accordingly, no extension is needed, and the request is **DENIED** without prejudice to a later request. The deadline for filing an amended complaint remains thirty days after the information about Jane Doe 1 is received.

The Clerk of Court is respectfully directed to terminate the motion at ECF No. 53 as **DENIED**.

**SO ORDERED.**

Dated: May 27, 2026
     New York, New York

 

_____
Henry J. Ricardo
United States Magistrate Judge

1