UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-v-

BELLEVUE HOSPITAL, *et al.*,

Defendants.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/27/2026

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By Order dated March 19, 2026, the undersigned directed the Metropolitan Transportation Authority Department of Law ("MTA") to identify Jane Doe 1, a janitorial employee who was working at the Hudson Yards 7 train station in Manhattan, New York at approximately 2:00 a.m. on August 15, 2024, by May 18, 2026. ECF No. 33. The Clerk of Court was directed to mail a copy of the Order and amended complaint to MTA, but no proof of service was filed, nor has MTA appeared in the case.

MTA has been added to the docket as a defendant for the purpose of identifying Jane Doe 1. Because Plaintiff has been granted permission to proceed IFP, he is entitled to rely on the Court and the U.S. Marshals Service to effect service. *Walker v. Schult*, 717 F.3d. 119, 123 n.6 (2d Cir. 2013); *see also* 28 U.S.C. § 1915(d) ("The officers of the court shall issue and serve all process . . . in [IFP] cases."); Fed. R. Civ. P. 4(c)(3) (the court must order the Marshals Service to serve if the plaintiff is authorized to proceed IFP)).

1

To allow Plaintiff to effect service on MTA through the U.S. Marshals Service, the Clerk of Court is instructed to fill out a U.S. Marshals Service Process Receipt and Return form ("USM-285 form") for MTA using the following address: Metropolitan Transportation Authority Department of Law – Claims, 130 Livingston Street, 10th Floor, Brooklyn, New York 11201.  The Clerk of Court is further instructed to issue a summons and deliver to the Marshals Service all the paperwork necessary for the Marshals Service to effect service upon MTA.  A copy of this Order should be delivered to MTA with service of the amended complaint.  The deadline for service shall be 90 days from the date the summons is issued.

The May 18, 2026 deadline for MTA to identify Jane Doe 1 or submit a status report, ECF No. 33, is hereby amended to **September 4, 2026**.

**SO ORDERED.**

Dated: May 27, 2026
      New York, New York

Henry J. Ricardo
United States Magistrate Judge

2