UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________________
DATE FILED: 8/5/2026

EMMANUEL OBIAGWU,

Plaintiff,

-v-

BELLEVUE HOSPITAL, *et al.*,

Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of the Metropolitan Transit Authority's letter identifying Jane Doe 1. ECF No. 57. The Plaintiff has also received information to help him identify the other Doe Defendants from NYU Langone, ECF No. 51, and New York City Health and Hospitals Corporation (H+H), ECF No. 56.

By Order dated March 19, 2026, the deadline for Plaintiff to file a second amended complaint was set for thirty days after receiving the identity and address of Jane Doe 1 from the Metropolitan Transit Authority. ECF No. 33. Accordingly, the deadline for Plaintiff to file the second amended complaint identifying the Doe Defendants is **September 3, 2026**.

NYU Langone, H+H, and the City Defendants are reminded that their responses to the second amended complaint are due within **one week** of its filing. *See* ECF Nos. 36, 42, 50.

**SO ORDERED.**

Dated: August 5, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge