USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ____________
DATE FILED: 10/1/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-v-

BELLEVUE HOSPITAL, *et al.*,

Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

By order dated September 11, 2026, the deadline for all defendants to respond to the Second Amended Complaint ("SAC") was extended to September 30, 2026. ECF No. 62. To date, no response has been received from New York City Health and Hospitals Corporation ("H+H"), incorrectly named as Bellevue Hospital in the SAC. ECF No. 59. The deadline for H+H to respond to the complaint is extended *sua sponte* to **October 7, 2026**.

**SO ORDERED.**

Dated: October 1, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge