**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------------- x

**EMMANUEL OBIAGWU** :

**Plaintiff,** :

:

**-against-** : **25-CV-09470 (ALC)(HJR)**

:

**BELLEVUE HOSPITAL ET AL.,** : **ORDER**

:

**Defendants.** :

:

:

--------------------------------------------------------------------- x

**ANDREW L. CARTER, JR., District Judge:**

The parties are ordered to submit a joint status report by **October 14, 2026** indicating whether they consent to Magistrate Judge Ricardo's jurisdiction for all purposes in this matter including trial. If so, the parties should file an order consenting under 28 U.S.C. Section 636(c) for all purposes.

**SO ORDERED.**

**Dated:** **October 5, 2026**
**New York, New York**

**ANDREW L. CARTER, JR.**
**United States District Judge**