USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ___
DATE FILED: 11/20/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EMMANUEL OBIAGWU,

Plaintiff,

-v-

BELLEVUE HOSPITAL, *et al.*,

Defendants.

**ORDER**

25-CV-9470 (ALC) (HJR)

**HENRY J. RICARDO, United States Magistrate Judge.**

The undersigned held a conference on November 20, 2026 to discuss the letters from Defendant NYU Langone, the City Defendants, and Defendant H+H regarding anticipated motions to dismiss. ECF Nos. 64, 65, 67. For the reasons articulated at the conference, the parties shall adhere to the following directives.

Because it appears that Plaintiff will seek to further amend the complaint, any deadlines to file the motions to dismiss are adjourned.

Plaintiff and Defendant H+H shall confer on the best way for Plaintiff to share the video that depicts certain unidentified defendants. Plaintiff shall produce such video to H+H by **November 25, 2026**. Defendant H+H shall file a status letter by **January 11, 2027** on its efforts to identify the individuals in the video.

Plaintiff and the City Defendants shall confer on the proposed amendments to the complaint and ways the complaint could be streamlined.

Defendant NYU Langone failed to appear at the November 20, 2026 conference. Defendant NYU Langone is reminded that it must appear at all conferences scheduled by the Court.

**SO ORDERED.**

Dated: November 20, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge